IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| SHANE PHILLIP NICKERSON, | CV 22-95-H-BMM-KLD |
| Plaintiff, | |
| vs. | ORDER |
| BRIAN GOOTKIN, and JIM SALMONSEN, | |
| Defendants. | |

Plaintiff Shane Phillip Nickerson has moved to dismiss this matter with prejudice. (Doc. 78.)

It is therefore **HEREBY ORDERED**:

1.	Nickerson's motion to dismiss is **GRANTED**. All pending motions are **DENIED** as moot.

2.	The Clerk of Court is directed to close this matter and enter judgment pursuant to Fed. R. Civ. P. 58.

DATED this 5th day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court